# United States District Court

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2012 MAR -2 44
DEPUTY CLERK

**NORTHERN**       DISTRICT OF       **TEXAS**
San Angelo Division

UNITED STATES OF AMERICA
V.

**MAURICIO GARCIA-CARVAJAL**
SAN PEDRO SULA, PUERTO CORTEZ, HONDURAS

CRIMINAL COMPLAINT

CASE NUMBER: 6-12MJ00015

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 29, 2012** in **Concho** County, in the **Northern** District of **Texas** defendant(s) did, (Track Statutory Language of Offense)

elude examination and inspection by a Department of Homeland Security Officer and was apprehended in Eden, Texas after knowingly and willfully entering the United States on or about February 21, 2012, at a time and place other than designated by officers of the Department of Homeland Security, he being an alien in the United States.

in violation of Title **8** United States Code, Section (s) **1325 and 1329**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

On February 29, 2012 a Border Patrol Agent in Eden, Texas arrested DEFENDANT Mauricio Garcia-Carvajal. At the time of arrest, DEFENDANT was determined to be an alien illegally present in the United States. DEFENDANT admitted he last entered the United States illegally without inspection or admission on or about February 21, 2012, by crossing the Rio Grande River near Laredo, Texas. Department of Homeland Security Records indicated DEFENDANT was Deported to Honduras on 2 occasions: January 29, 2010 at New Orleans, LA and December 16, 2011 at New Orleans, LA. Both Deportations were subsequent to arrests by the Kenner, LA Police Department for state crimes. He has not requested nor received permission from the Attorney General or the Secretary of Homeland Security to reenter the United States.

Continued on the attached sheet and made a part hereof:  ☐ Yes  ☒ No

*Amanda Burch, AUSA*

Signature of Complainant
John W. Finney, III

Sworn to before me and subscribed in my presence,

**March 02, 2012**                                  at   **Abilene, Texas**
Date                                                     City and State

**E. Scott Frost, U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer